# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roderick Rex Bullock,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-21-00722-PHX-JJT (CDB)<br><br>**ORDER** |

Before the Court is a Report and Recommendation ("R&R," Doc. 28) submitted by United States Magistrate Judge Camille D. Bibles concluding that this Court should affirm the Commissioner of Social Security Administration's determination denying Plaintiff Roderick Bullock's claims for disability-based benefits. Plaintiff timely filed an Objection to the R&R (Doc. 29) and Defendant filed a Response thereto (Doc. 30). The Court has reviewed Judge Bibles's exhaustive 48-page R&R and finds it soundly and correctly analyzes precisely the issue later challenged in Plaintiff's sole Objection, and indeed the sole argument for relief in the action—whether the Administrative Law Judge's determination as to Plaintiff's residual functional capacity ("RFC") was supported by substantial evidence. The Court will not rehash in text here that which has been thoroughly covered by Judge Bibles in her R&R, and distilled by Defendant in its Response to Plaintiff's Objection. Judge Bibles correctly concluded, and explained, that additional evidence coming into receipt after the PAMF was made only warrants remand for further development of the record by the ALJ where there was ambiguous evidence before or the

record was inadequate. Neither of those things was true here. As Judge Bibles pointed out painstakingly, the ALJ cited to substantial evidence which unambiguously supported the conclusion reached.

**IT IS ORDERED** overruling Plaintiff's Objection (Doc. 29) and adopting in whole the R&R (Doc. 28).

**IT IS FURTHER ORDERED** affirming the Commissioner of Social Security Administration's decision denying Plaintiff's claims for disability-based benefits.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly for Defendant and close this matter.

Dated this 28th day of September 2022.

Honorable John J. Tuchi
United States District Judge